UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW JOHN NEMANIC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>YUBA COUNTY SHERIFF OFFICE, et al,<br><br>　　　　Defendants. | Case No. CIV08-0980RBL<br><br>ORDER |

THIS MATTER comes on before the above-entitled Court sua sponte.

A review of this file indicates that on October 16, 2008 Magistrate Judge Gregory G. Hollows issued an Order dismissing Plaintiff's complaint and giving Plaintiff thirty (30) days to file an amended complaint. The Plaintiff was warned that the failure to file an amended complaint would result in the dismissal of this action. [Dkt. #15]. To date, no amended complaint has been filed and the thirty-day time limit has long since passed. Therefore, Plaintiff's case is **DISMISSED.**

**IT IS SO ORDERED.**

Dated this 6th day of May, 2009.

　　　　　　　　　　　　　　　　_/s/ Ronald B. Leighton_
　　　　　　　　　　　　　　　　RONALD B. LEIGHTON
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE